UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER; and WILD FISH CONSERVANCY,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No. 2:25-cv-00116-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

The matter arises under Defendants' Unopposed Motion for an extension of time until June 27, 2025, to file a response to the Plaintiffs' complaint. Dkt. # 14. The Unopposed Motion is GRANTED.

Dated this 24th day of April, 2025

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Order Granting Unopposed*
*Motion to Extend Response Time*
No. 2:25-cv-00116-JHC