UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER; and WILD FISH CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No. 2:25-cv-00116-JHC<br><br>SECOND STIPULATED MOTION TO EXTEND INITIAL DEADLINES AND ORDER |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Wild Salmon Rivers d/b/a/ The Conservation Angler and Wild Fish Conservancy (collectively, "Conservation Groups") and Defendants the U.S. Department of Commerce and National Marine Fisheries Service (collectively, "the Service") hereby stipulate and respectfully move the Court to extend the initial deadlines set by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. No. 11, as amended by the Court's Order granting the parties' prior Stipulated Motion to Extend Initial Deadlines, Dkt. 13, by approximately thirty days.

SECOND STIPULATED MOTION TO EXTEND
INTIAL DEADLINES AND ORDER – 1
Case No. 2:25-cv-00116-JHC

The Court's initial scheduling order directed the Conservation Groups and the Service (collectively, the "Parties") to complete their Rule 26(f) conference by April 16, 2025, make their Rule 26(a)(1) initial disclosures by April 30, 2025, and file their combined joint status report and discovery plan by May 7, 2025. Dkt. 11. The Parties previously requested that the Court extend those deadlines by around thirty days to allow the Parties to continue to focus their efforts on settlement. Dkt. 12. The Court granted that Motion. Dkt. 13. The Parties now request that the Court extend these deadlines by an additional thirty days.

Good cause exists for the requested extension. Since the Court granted the prior extension, the Parties have continued their settlement efforts. Those efforts have included exchanging draft settlement documents. The settlement efforts are ongoing. The Parties seek to extend the initial deadlines again so that they may continue to focus their efforts on settlement.

Accordingly, the Parties stipulate to and move the Court for an approximately 30-day extension of the deadlines set by the Court as follows:

| Deadline | Current Schedule | Proposed Amended Schedule |
| --- | --- | --- |
| FRCP 26(f) Conference | May 16, 2025 | June 16, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 30, 2025 | June 30, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | June 4, 2025 | July 7, 2025 |

RESPECTFULLY SUBMITTED this 13th day of May 2025.

SECOND STIPULATED MOTION TO EXTEND
INTIAL DEADLINES AND ORDER – 2
Case No. 2:25-cv-00116-JHC

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | ADAM R.F. GUSTAFSON <br> Acting Assistant Attorney General |
| By: s/ Brian A. Knutsen <br> Brian A. Knutsen, WSBA No. 38806 <br> 1300 S.E. Stark Street, Suite 202 <br> Portland, Oregon 97214 <br> Telephone: (503) 841-6515 <br> Email: brian@kampmeierknutsen.com | NICOLE SMITH, Assistant Section Chief <br><br> By: s/ Maggie Baker Smith <br> Maggie Baker Smith, WBSA No. 42658 <br> U.S. Department of Justice <br> Environment and Natural Resources Division <br> Wildlife and Marine Resources Section |
| Erica L. Proulx, WSBA No. 60155 <br> 705 Second Avenue, Suite 901 <br> Seattle, Washington 98104 <br> Telephone: (206) 739-5184 <br> erica@kampmeierknutsen.com | 7600 Sand Point Way, NE <br> Seattle, Washington 98155 <br> Phone: (202) 598-3088 <br> Fax: (202) 305-0275 <br> Email: maggie.smith@usdoj.gov |
| *Attorneys for Plaintiffs Wild Salmon Rivers d/b/a The Conservation Angles and Wild Fish Conservancy* | *Attorneys for Defendants* |

SECOND STIPULATED MOTION TO EXTEND
INTIAL DEADLINES AND ORDER – 3
Case No. 2:25-cv-00116-JHC

**ORDER**

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.

DATED this 14th day of May, 2025.

                                         JOHN H. CHUN
                                         United States District Judge