UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD SALMON RIVERS d/b/a THE
CONSERVATION ANGLER; and WILD
FISH CONSERVANCY,

                         Plaintiffs,

   v.

NATIONAL MARINE FISHERIES
SERVICE; and UNITED STATES
DEPARTMENT OF COMMERCE,

                         Defendants.

Case No. 2:25-cv-00116-JHC

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF
TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

The comes before the Court on Defendants' Unopposed Motion for an extension of time until July 11, 2025, to file a response to the Plaintiffs' complaint. Dkt. # 21. The Unopposed Motion is GRANTED.

Dated this 9th day of June, 2025.

John H. Chun

JOHN H. CHUN
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT – 1
Case No. 2:25-cv-00116-JHC