UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER; and WILD FISH CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Civil Case No. 2:25-cv-00116-JHC<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A 43-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S JULY 1, 2025, ORDER TO ACCOUNT FOR THE LAPSE OF APPROPRIATIONS |

For good cause shown, the Court hereby **GRANTS** the Defendants' Unopposed Motion for a 43-Day Extension of Time to Comply with the Court's July 1, 2025, Order to Account for the Lapse of Appropriations. *See* Dkt. # 28. The December 1, 2025, deadline for the National Marine Fisheries Service ("Service") to submit a 12-month finding regarding the distinct population segment of steelhead that occur on the Olympic Peninsula in the State of Washington to the Office of the Federal Register **SHALL BE EXTENDED** until January 13, 2026, commensurate with the duration of the lapse in appropriations.

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A 43-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S JULY 1, 2025, ORDER TO ACCOUNT FOR THE LAPSE OF APPROPRIATIONS - 1

It is so **ORDERED**.

DATED this 20th day of November, 2025.

                                              John H. Chun
                                              United States District Judge